**Schedule A**

Columns

| 1<br>Cause of Action | 2<br>Plaintiff(s) | 3<br>Musical Composition | 4<br>Writer(s) | 5<br>Date of Publication or Registration | 6<br>Certificate of Registration Number | 7<br>Date of Known Infringement |
|---|---|---|---|---|---|---|
| 1. | ICE NINE PUBLISHING COMPANY, INC. | SHAKEDOWN STREET | Jerome J. Garcia | November 7, 1978 | PA 35-291 | July 24, 2026 |
| 2. | BUT FATHER, I JUST WANT TO SING MUSIC<br><br>W CHAPPELL MUSIC CORP. d/b/a WC MUSIC CORP. | BRICK BY BORING BRICK | Hayley Williams<br>Joshua Farro | September 29, 2009 | PA 1-676-905 | July 24, 2026 |
| 3. | BUT FATHER, I JUST WANT TO SING MUSIC<br><br>W CHAPPELL MUSIC CORP. d/b/a WC MUSIC CORP. | THAT'S WHAT YOU GET | Hayley Williams<br>Joshua Farro<br>Taylor York | June 12, 2007 | PA 1-595-073 | July 24, 2026 |
| 4. | MARK HOPPUS d/b/a HMNIM MUSIC | ALL THE SMALL THINGS | Travis L. Barker<br>Thomas DeLonge<br>Mark Hoppus | June 1, 1999 | PA 957-349 | July 24, 2026 |